

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Paul Leroy Wickham )<br>Plaintiff )<br> )<br>Vs. )<br> )<br>State of Oklahoma )<br>Judge Carl Gibson )<br>Mike Hunter, et al. )<br>Judge Douglas L. Combs, et al. )<br>Referee John Holden )<br>Director of OSBI Ricky Adams )<br>Defendants ) | 19 CV  027 GKF - FHM<br><br>Case #<br><br>**FILED**<br><br>JAN 1 6 2019<br><br>Mark C. McCartt, Clerk<br>U.S. DISTRICT COURT |

Petition and Complaint in the Nature of a Suit for Deprivation of
Federally Protected Rights, 42 USC 1983.
Claim that Damages can be Paid Under 42 USC 1983

1. The State of Oklahoma, working in concert with Judge David L Combs, et al. to conduct bodily harm to Leslie Dean Wickham to provoke damages against Paul Leroy Wickham by using P.O. # 18-39 to chronically damage Paul Leroy Wickham's ability to provide health services to his father. Which, under Title 21 Chapter 2 Section 93, is negligent to not provide health care to his dad. Paul Leroy Wickham was violated of his civil rights for promotion, to keep him from providing for his father, to emaciate, to promote crimes and punishment, to lay entrapment, and to get out of the violations that they have committed under Title 21 Chapter 2 Section 93. *Title 18 USC § 201 01-19-04*    *ENCaption*

2. Leslie Dean Wickham, on January 14, 2019, was found by the side of the road. While getting his mail, he had slipped and fell in the ditch. He laid there overnight, with a wind chill factor of 22 degrees, from approximately 4:00 pm on the 13th until January 14, 2019 at 6:33 am when he was found. The State of Oklahoma is negligent, along with Douglas L. Combs et al. along with John Holden, and working in concert to commit crimes under Title 18 USC Section 242 by depriving Paul Leroy Wickham of rights and privileges.

3. They are trying to provoke Paul Leroy Wickham into violating P.O. # 18-39 to cover up their crimes.

*Fees Pd*
*L Summons*

4. Negligence under Title 21 Chapter 2 Section 93 - they are negligent, working out of the color of law to provoke any unlawful activity under Title 18 Section 241-3, along with Judge Gibson and John Holden, State of Oklahoma, Douglas L. Combs, et al.

5. Remedy sought:
$450,000 per day for each day P.O. # 18-39 is in place. We are asking for relief so care can be given to Leslie Dean Wickham from Paul Leroy Wickham. Obviously the State recommendation was not fulfilled. This is why the damages we ask for, and the punishment will be rendered, under the statutes that we have listed.

Sincerely yours to the Court,

_Paul Leroy Walker_ Date 1-16-2019
Paul Leroy Wickham
918-460-3241

State of Oklahoma
County of Washington
The foregoing document was acknowledged before me this 16 day of Jan, 20 19.
Signature of Notary Public _Stephanie J. Gill_
My Commission Expires 03/30/2021

[Notary Seal: STEPHANIE J. GILL, NOTARY, # 05003139, EXP. 03/30/21, STATE OF OKLAHOMA, PUBLIC]